CECIL MacCOY AND GUY T. MacCOY, RELATORS, v. JOSEPH
F. McCOY COMPANY, RESPONDENT.

Submitted December 3, 1923—Decided March 12, 1924.

**Corporations—Inspection of Books, Records, &c.—Case Follows
Feick v. Hill Bread Co.—Writ Allowed.**

On application for *mandamus*.

Before Justices TRENCHARD and CAMPBELL.

For the relators, *Frank W. Hastings, Jr.*

For the respondent, *Warren Dixon.*

PER CURIAM.

This is an application for a writ of *mandamus* to compel
respondent to accord to relators, with the assistance of coun-
sel and accountants, an inspection and examination of the
by-laws and minutes, books, papers, accounts and records of
respondent.

We think the proofs fully warrant the awarding of the
writ applied for.

The awarding of writs of *mandamus* in such cases is fully
and satisfactorily expressed by the opinion of Mr. Justice
Kalisch in this court in *Feick* v. *Hill Bread Co., 91 N. J.
L.* 486.

A peremptory writ of *mandamus* may issue as prayed for,
with costs.